**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS, | No.   C06-05859 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ROGELIO HERNANDEZ, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by Friday, December 22, 2006, the case shall be dismissed for failure to prosecute.

The Case Management Conference set for January 2, 2007, is **vacated.**

**IT IS SO ORDERED.**

Dated:       12/15/2006

MARTIN J. JENKINS
United States District Judge