IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROGELIO HERNANDEZ<br><br>　　　　Defendant. | No.　　C06-05859 MJJ<br><br>**ORDER OF DISMISSAL** |

On December 15, 2006, the Court ordered Plaintiff to show cause in writing, no later than December 22, 2006, why the above-entitled action should not be dismissed. To date, Plaintiff has not complied with this order.

Accordingly, the present action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The clerk of the court is directed to close the file.

**IT IS SO ORDERED.**

Dated:　　1/23/2007

　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　United States District Judge